# Notice Recipients

District/Off: 0207–1   User: jlecky   Date Created: 3/21/2019
Case: 1–19–41553–cec   Form ID: 309A   Total: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Michelle Rodriguez | 2356 Bragg Street   Apt. 5C   Brooklyn, NY 11229 |
| tr | Alan Nisselson | c/o Windels Marx Lane & Mittendorf LLP   156 West 56th Street   New York, NY 10019 |
| aty | Anthony M Vassallo | Law Office of Anthony M. Vassallo   305 Fifth Avenue   Suite 1B   Brooklyn, NY 11215 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit   PO Box 5300   Albany, NY 12205 |
| smg | NYC Department of Finance | 345 Adams Street   Office of Legal Affairs   Brooklyn, NY 11201–3719 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit   Bldg. #12, Room 256   Albany, NY 12240 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office)   U.S. Federal Office Building   201 Varick Street, Suite 1006   New York, NY 10014 |
| 9499176 | Aldous & Associates | PO Box 171374   Salt Lake City, UT 84117 |
| 9499177 | CSC Credit Services | Box 740040   Atlanta, GA 30374–0040 |
| 9499178 | Chex Systems, Inc. | Attn: Consumer Relations   7805 Hudson Road, Suite 100   Woodbury, MN 55125 |
| 9499179 | Credit One Bank | 6801 S. Cimarron Road   Las Vegas, NV 89193 |
| 9499180 | Diamond Finance Co., Inc. | 2200 Marcus Avenue   New Hyde Park, NY 11042 |
| 9499181 | Equifax Information Services LLC | PO Box 740256   Atlanta, GA 30374 |
| 9499182 | Experian | PO Box 9701   Allen, TX 75013 |
| 9499183 | Internal Revenue Service | Centralized Insolvency Operation   PO Box 7346   Philadelphia, PA 19101–7346 |
| 9499184 | MDG USA, Inc. | 3422 Old Capitol Trail #1993   Wilmington, DE 19808 |
| 9499185 | NYC Dept of Finance | 59 Maiden Lane   28th Floor   New York, NY 10038 |
| 9499186 | NYC Dept of Finance – Parking Violations | 59 Maiden Lane   28th Floor   New York, NY 10038 |
| 9499187 | Richard A. Capuano | City Marshal Badge 22   62–59 Woodhaven Blvd.   Rego Park, NY 11374 |
| 9499188 | Steven M. Feinberg, Esq. | 590 Sunrise Highway   Baldwin, NY 11510 |
| 9499189 | Toyota Motor Credit Corp. | 5005 N River Blvd NE   Cedar Rapids, IA 52411 |
| 9499190 | Trans Union | PO Box 1000   Crum Lynne, PA 19022 |

TOTAL: 22